ACCEPTED
01-15-00298-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/21/2015 3:28:31 PM
CHRISTOPHER PRINE
CLERK

# COUNTY of GALVESTON

## LEGAL DEPARTMENT

### COUNTY COURTHOUSE

**722 MOODY STREET 5ᵀᴴ FLOOR · GALVESTON, TEXAS 77550**

ROBERT B. BOEMER
BARRY C. WILLEY
MYRNA S. REINGOLD

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/21/2015 3:28:31 PM
CHRISTOPHER A. PRINE
Clerk

April 21, 2015

Honorable Christopher Prine
Clerk, First Court of Appeals
First Court of Appeals.
301 Fannin Street
Houston, Texas 77002-2066

Re: Cause No. 01-15-00298-CV; TC #13-CP-0068, in the Interest of C.M., C. F., A Child.

Dear Mr. Prine:

I received a letter regarding the payment of a filing fee in the above case. It is my understanding that my client, the Texas Department of Family and Protective Services, is exempt from bond and prepayment of fees under §6.001 Tex. Civ. P. Rem. Code. I appreciate your consideration in this matter.

By copy of this letter and attachment, all parties are being notified of same.

Sincerely,

/s/ *Barry C. Willey*
Barry C. Willey

15-027
cc:
Rachael Dragony - Rachel@dragonylaw.com
Diane Clark - dianeclarklaw@comcast.net
CASA - jsalinas@casagalveston.org

Galveston (409) 770-5562   ·   Houston (281) 316-8300   ·   Fax (409) 770-5560